**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN J. BEATTY; AND LPL INDEPENDENT ADVISOR SERVICES, LLC, A DELAWARE LIMITED LIABILITY COMPANY, SUCCESSOR BY MERGER OF ASSOCIATED SECURITIES CORP.,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE GLORIA STURMAN, DISTRICT JUDGE,
Respondents,
and
PETRA LATCH, AN INDIVIDUAL; CRITERION GROUP, INC., A NEVADA CORPORATION, F/K/A THE RANDALL COMPANY; THE RANDALL COMPANY DEFINED BENEFIT PENSION PLAN AND TRUST; PEVE, LLC DEFINED BENEFIT PENSION PLAN AND TRUST; PEVE, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND CHRISTINA SOSCIA, AN INDIVIDUAL,
Real Parties in Interest.

No. 68515

**FILED**

SEP 1 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S Young
DEPUTY CLERK

### ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This is an original petition for a writ of mandamus challenging a district court order denying summary judgment in a tort action. Having considered the petition, we are not persuaded that petitioners have met their burden to demonstrate that our extraordinary discretionary intervention is warranted as an adequate remedy exists in the form of an appeal from any adverse final judgment. NRS 34.160; *Pan v. Eighth*

SUPREME COURT
OF
NEVADA

(O) 1947A

15-27672

*Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997). Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Gloria Sturman, District Judge
       Lipson Neilson Cole Seltzer & Garin, P.C.
       Howard & Howard Attorneys PLLC
       Christina Soscia
       Mincin Law, PLLC
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A